IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE DISCIPLINE OF MILTON E. RAIFORD,      Docket No. 2:94-MC-00366

Petitioner

## ORDER OF COURT

AND NOW, this 5th day of April, 2011, upon Petition of Milton E. Raiford, Esq., it is HEREBY ORDERED and DECREED that Milton E. Raiford is readmitted to the practice of law in the United States District Court for the Western District of Pennsylvania and is accorded all the privileges, rights and obligations thereto.

BY THE COURT:

_____, J.